FILED
2011 Aug-26 AM 08:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER JACKSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:09-CV-1877-PWG |
| | ) |
| **GARY HETZEL, warden; et.al.,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on August 4, 2011, recommending that the petition for writ of habeas corpus be denied. (Doc. #29). The parties were allowed an opportunity in which to file objections. Petitioner Christopher Jackson filed objections to the Report and Recommendation on August 23, 2011. (Doc. #30).

Having carefully reviewed and considered *de novo* all the materials in the court file and the objections, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this   25th   day of August, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE